JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

    - v. -                          :     07 Cr. _____

JOSE DELORES GARCIA,              :
    a/k/a "Jose Garcia Gomez,"          **07 CRIM 1070**
    a/k/a "Jose Delores,"         :

              Defendant.       :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about February 2007, up to and including on or about June 14, 2007, in the Southern District of New York and elsewhere, JOSE DELORES GARCIA, a/k/a "Jose Garcia Gomez," a/k/a "Jose Delores," the defendant, being an alien, unlawfully, willfully and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 16, 2000, in New York Supreme Court, Ulster County, for criminal sale of a controlled substance in the second degree, in violation of New York Penal Law 220.41, and without having obtained the express consent of the Attorney General of the United States, or his

NOV 28 2007

successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____            _____
FOREPERSON                                  MICHAEL J. GARCIA
                                            United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

JOSE DELORES GARCIA,
a/k/a "Jose Garcia Gomez,"
a/k/a "Jose Delores,"

Defendant.

### INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.