AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

## APPEARANCE

Case Number:  07-cr-01070

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE DELORES GARCIA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/19/2007 | |
| Date | Signature |
| | HUGH M. MUNDY                9500 |
| | Print Name                Bar Number |
| | 52 DUANE STREET, TENTH FLOOR |
| | Address |
| | NEW YORK        NY        10007 |
| | City        State        Zip Code |
| | (212) 417-8700        (212) 571-0392 |
| | Phone Number        Fax Number |