```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

         - v. -                    :    S1 07 Cr. 1070 (JFK)

JOSE DOLORES GARCIA,               :
     a/k/a "Jose Garcia Gomez,"
     a/k/a "Jose Dolores,"         :

                Defendant.         :

- - - - - - - - - - - - - - - - - x
```

        The above-named defendant, who is accused of violating Title 8, United States Code, Sections 1326(a) and (b)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
                                   _____
                                   Defendant

                                   _____
                                   Witness

                                   _____
                                   Counsel for Defendant
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 7 2008

Date:     New York, New York
            January 17, 2008