UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INFORMATION

    - v. -                       :    S1 07 Cr. 1070 (JFK)

JOSE DOLORES GARCIA,             :
    a/k/a "Jose Garcia Gomez,"
    a/k/a "Jose Dolores,"        :

        Defendant.           :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

From in or about February 2007, up to and including on or about June 14, 2007, in the Southern District of New York and elsewhere, JOSE DOLORES GARCIA, a/k/a "Jose Garcia Gomez," a/k/a "Jose Dolores," the defendant, being an alien, unlawfully, willfully and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about May 16, 2000, in New York Supreme Court, New York County, for criminal sale of a controlled substance in the second degree, in violation of New York Penal Law 220.41, and without having obtained the express consent of the Attorney General of the United States, or his

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 17 2008

successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE DOLORES GARCIA,
a/k/a "Jose Garcia Gomez,"
a/k/a "Jose Dolores,"

Defendant.

**INFORMATION**

S1 07 Cr. 1070 (JFK)

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

---

1-17-08 (WR) Filed Superseding Information and Waiver of Indictment. Deft. present with atty. Hugh Mundy and Spanish Interpreter. AUSA Jeff Alberts present. Deft. pleads to count one of #S1 07 CR 1070. Court accepts plea. PSI ordered. Sentencing date: 4-17-08 at 9:45am. Deft. cont'd detained.

Keenan, J